# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  FISHER, RAYMOND C. | 2. Court or Organization  U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report  05/20/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
|---|---|---|

**7. Chambers or Office Address**

U.S. COURT OF APPEALS - 9th CIRCUIT
125 S. GRAND AVE. #400
PASADENA, CA 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Constitutional Rights Foundation (nonprofit), Los Angeles, CA |
| 2. Chair, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 11 | CA State Teachers Retirement System - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | Oct.13-14, 2011 | Philadelphia, PA | Advisory Committee Meeting | Lodging, Meals, Transportation |
| 2. | N.Y. Historical Society | June 27-28, 2011 | Stanford Law School, CA | Summer academic workshop on Constitutional History - panelist on Academic Freedom | Lodging, Meals, Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIA Card Svcs NA RASP | F | Distribution | L | T | | | | | |
| 2. M.LYNCH READY ASSETS TRUST | A | Dividend | K | T | | | | | |
| 3. RFC STRIPS 0% 4/15/11 | | None | | | Redeemed | 04/15/11 | J | A | |
| 4. RFC STRIPS 0% 7/15/11 | | None | | | Redeemed | 04/15/11 | K | A | |
| 5. RFC STRIPS 0% 4/15/12 | | None | K | T | | | | | |
| 6. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 7. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 8. US TREAS STRIPS 0% 2/15/11 | | None | | | Redeemed | 02/15/11 | K | A | |
| 9. US TREAS STRIPS 0% 07/15/11 | | None | | | Redeemed | 07/15/11 | J | A | |
| 10. US TREAS STRIPS 0% 11/15/11 | | None | | | Redeemed | 11/15/11 | K | A | |
| 11. US TREAS STRIPS 0% 8/15/12 | | None | K | T | | | | | |
| 12. US TREAS STRIPS 0% 5/15/13 | | None | K | T | | | | | |
| 13. US TREAS STRIPS 0% 8/15/13 | | None | K | T | | | | | |
| 14. US TREAS STRIPS 0% 2/15/14 | | None | K | T | | | | | |
| 15. US TREAS STRIPS 0% 11/15/14 | | None | K | T | | | | | |
| 16. FINANCING CORP STRIPS 0% 5/30/13 | | None | J | T | | | | | |
| 17. FINANCING CORP STRIPS 0% 5/30/14 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FHLMC NOTE 5.125% 7/15/12 | A | Interest | K | T | | | | | |
| 19. CD AMEX BK 2.35% 3/18/11 | A | Interest | | | Redeemed | 03/18/11 | J | | |
| 20. CD FIRST BK, PUERTO RICO 1.8% 10/1/2012 | A | Interest | L | T | | | | | |
| 21. CD FIRST BK, PUERTO RICO 2.0% 4/1/13 | A | Interest | K | T | | | | | |
| 22. CD WEBSTER BK, CT 3/31/14 | A | Interest | K | T | | | | | |
| 23. CD CITIBANK NA,NV 2.55% 3/24/15 | A | Interest | J | T | | | | | |
| 24. ALGER SPECTRA FUND | | None | K | T | Buy | 11/23/11 | K | | |
| 25. AMERICAN GROWTH FUND | | None | | | Sold | 11/22/11 | K | A | |
| 26. BLACKROCK EQUITY DIV FD | A | Dividend | | | Sold | 11/22/11 | K | A | |
| 27. BLACKROCK GLOBAL ALLOCATION FD | A | Dividend | | | Sold | 11/22/11 | K | A | |
| 28. BLACKROCK GLOBAL ALLOC CL A | A | Dividend | K | T | Buy | 11/23/11 | K | | |
| 29. CALAMOS INTERNATL | A | Dividend | K | T | Buy | 11/23/11 | K | | |
| 30. COLUMBIA DIV INCOME | B | Dividend | L | T | Buy | 11/23/11 | L | | |
| 31. COLUMBIA MARISCO GROWTH FD | A | Dividend | | | Sold | 11/22/11 | L | A | |
| 32. DAVIS NY VENTURE FD | A | Dividend | | | Sold | 11/22/11 | L | A | |
| 33. DELAWARE LTD TERM DIVERS. FD | A | Dividend | | | Sold | 11/22/11 | L | A | |
| 34. DELAWARE LTD TERM DIVERS. FD CL I | A | Dividend | L | T | Buy | 11/23/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DREYFUS APPREC FD | A | Dividend | L | T | Buy | 11/23/11 | L | | |
| 36. FIDELITY ADV NEW INSIGHTS | A | Dividend | | | Sold | 11/22/11 | L | A | |
| 37. GOLDMAN SACHS LARGE CAP | A | Dividend | | | Sold | 11/22/11 | K | A | |
| 38. HARTFORD FLOATING RATE FD | B | Dividend | L | T | | | | | |
| 39. HARTFORD GROWTH FD | | None | | | Sold | 11/22/11 | L | A | |
| 40. HIGHMARK GENEVA MID CAP | | None | J | T | Buy | 11/23/11 | J | | |
| 41. IVA WORLDWIDE FD | | None | | | Sold | 11/22/11 | J | | |
| 42. JANUS GLOBAL RSCH | A | Dividend | K | T | Buy | 11/23/11 | K | | |
| 43. J.HANCOCK LG CAP EQ FD | A | Dividend | | | Sold | 11/22/11 | J | | |
| 44. J.HANCOCK DISCIPLINED MID CAP | | None | J | T | Buy | 11/23/11 | J | | |
| 45. J.HANCOCK STRATEGIC INCM | | None | K | T | Buy | 11/23/11 | K | | |
| 46. JP MORGAN VALUE OPP. FD | | None | | | Sold | 11/22/11 | K | A | |
| 47. LEGG MASON BW GLOBAL | | None | K | T | Buy | 11/23/11 | K | | |
| 48. LOOMIS SAYLES STRTGC INC FD | A | Dividend | | | Sold | 11/22/11 | K | A | |
| 49. LORD ABBET INT'L | A | Dividend | K | T | Buy | 11/23/11 | K | | |
| 50. LORD ABBETT SHORT TERM | A | Dividend | L | T | Buy | 11/23/11 | L | | |
| 51. METROPOLITAN WEST TOT.RET.BOND | | None | L | T | Buy | 11/23/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NATIXIS GATEWAY FD | A | Dividend | | | Sold | 11/22/11 | J | | |
| 53. OPPENHEIMER INTL GROWTH | A | Dividend | K | T | Buy | 11/23/11 | K | | |
| 54. PIMCO TOTAL RETRN FD | A | Dividend | | | Sold | 11/22/11 | K | A | |
| 55. PIONEER FUNDAMENTAL GRWTH | | None | L | T | Buy | 11/23/11 | L | | |
| 56. PRINCIPAL MID CAP BLEND | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 57. PRUDENTIAL SHORT TERM CORP BOND | A | Dividend | L | T | Buy | 11/23/11 | L | | |
| 58. PRUDENTIAL TOTAL RETURN | | None | L | T | Buy | 11/23/11 | L | | |
| 59. PUTNAM EQUITY INCOME | C | Dividend | L | T | Buy | 11/23/11 | L | | |
| 60. RS GLOBAL NATURAL RESRCS | | None | J | T | Buy | 11/23/11 | J | | |
| 61. SUN AMERICA FOCUSED DIV | D | Dividend | L | T | Buy | 11/23/11 | L | | |
| 62. TEMPLETON WORLD FD | A | Dividend | | | Sold | 11/22/11 | L | A | |
| 63. THORNBURG INVESTMENT INCM | C | Dividend | L | T | Buy | 11/23/11 | L | | |
| 64. THORNBURG STRATEGIC INCM | A | Dividend | L | T | Buy | 11/23/11 | L | | |
| 65. VIRTUS MULTI SECTOR BOND FD | A | Dividend | | | Sold | 11/22/11 | K | | |
| 66. WELLS FARGO ADV GROWTH | | None | L | T | Buy | 11/23/11 | L | | |
| 67. C.SCHWAB MUNI FUND | A | Interest | J | T | | | | | |
| 68. PERKINS MID CAP VALUE FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NATIONWIDE AMERICA'S VISION ANNUITY (FID.VIP EQUITY) | B | Distribution | K | T | | | | | |
| 70. JACKSON NAT'L LIFE (ANNUITIES) | D | Distribution | M | T | | | | | |
| 71. MERNAN 145 LTD INVESTMENT PROP.#1, LA, CA (RESTAURANT) | C | Distribution | | | Sold | 01/14/11 | J | C | |
| 72. VENWEST DEVELOPMENT LP1- LTD PTR | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544